# In the United States Court of Federal Claims

TERRANCE CHRISTOPHER HENDRIX,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 20-cv-1889

Filed: January 11, 2021

## ORDER

On December 14, 2020, Plaintiff, proceeding *pro se*, filed this civil action in the United States Court of Federal Claims.  *See* ECF No. 1.  To proceed with a civil action in this court, a plaintiff must either pay $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed *in forma pauperis* (IFP).  *See* 28 U.S.C. §§ 1914, 1915; RCFC 77.1(c); Claims Court Fees Schedule, *available at* http://www.uscourts.gov/services-forms/fees/us-court-federal-claims-fee-schedule.

Plaintiff filed his complaint without paying the requisite filing fee or submitting a completed IFP application.  *See* ECF No. 1.  On December 17, 2020, this Court ordered plaintiff to either pay the filing fee or submit the IFP application by January 7, 2021, or the action would be dismissed without prejudice for failure to prosecute under Rule 41 of Rules of the United States Court of Federal Claims.  *See* ECF No. 6.  To date, Plaintiff has not paid the fees or filed an IFP application.  For these reasons, this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is directed to enter judgment accordingly and mark this case as closed.

IT IS SO ORDERED.

 s/ Eleni M. Roumel   
Eleni M. Roumel
Chief Judge